```
Montag & Nadalin LLP
P.O. Box 124801
San Diego, CA  92112
(619) 234-8875

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Nostika, Inc.
```

FILED
07 OCT 29 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2043 IEG (AJB)

Nostika, Inc.,

        Plaintiff,

        v.

Michael Chertoff, Secretary,
  Department of Homeland Security,

Emilio T. Gonzalez, Director,
  Citizenship and Immigration Services,

Paul Novak, Director
  Vermont Service Center,
  Citizenship and Immigration Services,

Peter D. Keisler,
  Acting Attorney General
  of the United States,

Condoleezza Rice, Secretary,
  Department of State,

        Defendants.

Civil No.

Agency No. EAC-06-173-54307

COMPLAINT FOR A WRIT
IN THE NATURE OF MANDAMUS

---

Plaintiff, by and through its attorney, complaining of Defendants, alleges as follows:

1. Plaintiff, Nostika, Inc. is a corporation with its headquarters and principal place of business within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. § 1101(a)(15)(H)(i)(b).

2. Defendent Michael Chertoff is the Secretary of Homeland Security (DHS), Emilio T.

1  Gonzalez is the Director of United States Citizenship and Immigration Services (USCIS),

2  Paul Novak is the Director of the Vermont Service Center of USCIS, Peter D. Keisler is

3  the Acting Attorney General of the United States, and Condoleezza Rice is the Secretary

4

5  of the Department of State. All defendants are sued in their professional capacities.

6  3. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. §

7  1361, 28 U.S.C. § 1651, 28 U.S.C. § 2201 and 5 U.S.C. § 701 et seq., and relief is

8  requested pursuant to these statutes.

9  4. On May 19, 2006, Plaintiff petitioned for H-1B visa status on behalf of its prospective

10  employee, Guillermo Alberto Hernandez-Marcial, pursuant to 8 U.S.C. §

11

12  1101(a)(15)(H)(i)(b) with the USCIS Vermont Service Center in St. Albans, Vermont.

13  The USCIS Receipt Number assigned to this case is: EAC-06-173-54307. On September

14  1, 2006, the petition was approved by the Vermont Service Center.

15  5. On or about December 21, 2006, Mr. Hernandez-Marcial was interviewed by the

16  Consular Section of the U.S. Embassy in Lima, Peru. The Consular Section did not agree

17  with the USCIS case determination and stated to the applicant that the petition would be

18

19  returned to USCIS for a re-determination of the approved petition. This information was

20  again confirmed in a February 5, 2007 e-mail message from Lima Consul Amber

21  Baskette.

22  6. On September 5, 2007, Plaintiff's attorney inquired as to the status of this matter with

23  the USCIS 800 number at: 800-375-5283. Attendant #LM499 took a case inquiry

24  message, referral #T1N2480704260VSC, and explained that the matter would be

25  reviewed.

26

27  7. On September 7, 2007, in response to an inquiry from Plaintiff's attorney, the

28  Department of State Legal Net Visa Office confirmed that on December 27, 2006, the file

had been sent to the USCIS Eastern (Vermont) Service Center and that an additional copy would be re-sent on September 7, 2007 "just to be sure."

8. On September 25, 2007, USCIS Officer Ron Rosier sent a message confirming that the file was not being actively reviewed as it was at a storage facility and that no update regarding the consular return of the petition had been made in the computer database. He further commented that: "we have no idea as to offer a expected time for processing this consular return."

9. The approved H-1B petition has a limited validity period tied to a Labor Condition Application approved by the U.S. Department of Labor. That application will expire on September 30, 2009. Even if Plaintiff is ultimately successful in overcoming the challenge to the approved petition, it may take many more months for the prospective employee to obtain the visa stamp in his passport. There are presently less than 2 years left on the validity period of what was supposed to be a 3 year visa term. Defendants unreasonable delay is causing irreparable harm to Petitioners business as it is unclear as to whether or not the prospective employee will ultimately be able to enter the U.S. in lawful H-1B status.

10. To date, Defendants have refused to specifically locate the file. Further, Defendant Novak has refused to either affirm the previously approved petition and return it to the Lima Consular Section or to provide Plaintiff's attorney with specific notice regarding an intent to revoke the already approved petition.

11. Defendants have a duty to locate the file for this matter and Defendant Novak has a duty to either affirm the petition or to provide Plaintiff's attorney with notice regarding an intent to revoke the approved petition pursuant to 8 C.F.R. § 205.2.

8. Plaintiff has exhausted his administrative remedies.

9. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and regulations.

10. Defendants have effectively denied Plaintiff the services of its prospective employee, Guillermo Alberto Hernandez-Marcial, by illegally suspending all action on this case.

11. Plaintiff has been greatly damaged by the failure of the Defendants to act in accord with the duties under the law.

12. The Defendants, in violation of the law, are unlawfully withholding or unreasonably delaying action on Plaintiff's case and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays:

A. That the Defendants be ordered to locate the case file;

B. That Defendant Novak be order to process this case to a conclusion by either affirming the previous adjudication of the petition or by providing Plaintiff's counsel with specific notice regarding any intent to revoke the petition;

C. That the Court award Plaintiff reasonable attorney's fees, and

D. That the Court award such other and further relief as to this court may seem proper.

Dated: October 29, 2007

Robert G. Nadalin
Attorney for Plaintiff

```
         UNITED STATES
         DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

     # 143748      - KD

        October 29, 2007
           10:09:47


         Civ Fil Non-Pris
USAO #.: 07CV2043
Judge..: IRMA E GONZALEZ
Amount.:                  $350.00 CK
Check#.: BC 1813



     Total-> $350.00


FROM: CIVIL FILING
      NOSTIKA, INC. V. CHERTOFF, ET
```

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nostika, Inc.

**DEFENDANTS:** Michael Chertoff, Secretary, Department of Homeland Security, Emilio T. Gonzalez, Director, Citizenship and Immigration Services, Paul Novak, Director, Vermont Service Center, Citizenship and Immigration Services, Peter D. Keisler, Acting Attorney General of the United States, Condoleezza Rice, Secretary, Department of State

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

07 OCT 29 AM 10:00
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number): Robert G. Nadalin, Montag & Nadalin LLP, P.O. Box 124801, San Diego, CA 92112 Tel. 619-234-8875

Attorneys (If Known): 07 CV 2043 IEG (AJB)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. § 1101 (a)(15)(H)(i)(b), 28 U.S.C. § 1361

Brief description of cause: Mandamus action for immigration case

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 10/29/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 143748   AMOUNT $350   APPLYING IFP NO 10/29/07   JUDGE _____   MAG. JUDGE _____