Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Nostika, Inc.

VS

Michael Chertoff, Secretary,
 Department of Homeland Security
Emilio T. Gonzalez, Director,
 Citizenship and Immigration Services
Paul Novak, Director
 Vermont Service Center
 Citizenship and Immigration Services
Peter D. Keisler,
 Acting Attorney General of the United States
Condoleezza Rice, Secretary,
 Department of State

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2043 IEG (AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert G. Nadalin
Montag & Nadalin LLP
P.O. Box 124801
San Diego, CA 92112

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 29 2007

W. Samuel Hamrick, Jr.
CLERK                                                       DATE

J. [signature]

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)