```
1   Montag & Nadalin LLP
    P.O. Box 124801
2   San Diego, CA  92112
3   (619) 234-8875

4   Robert G. Nadalin, Esq.
    Cal. State Bar No. 222489
5   Attorney for Nostika, Inc.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nostika, Inc., | Civil No.07CV2043 |
| Plaintiff, | Agency No. EAC-06-173-54307 |
| v. | CERTIFICATE OF SERVICE |
| Michael Chertoff, Secretary, Department of Homeland Security, | |
| Emilio T. Gonzalez, Director, Citizenship and Immigration Services, | |
| Paul Novak, Director Vermont Service Center, Citizenship and Immigration Services, | |
| Peter D. Keisler, Acting Attorney General of the United States, | |
| Condoleezza Rice, Secretary, Department of State, | |
| Defendants. | |

I, Robert G. Nadalin, attorney for Nostika, Inc., Plaintiff in this action, a citizen of the United States over the age of eighteen years and a resident of San Diego County, California with business street address being 110 West C St., Suite 1809, San Diego, California 92101, and postal address as noted above, and not a party to the above-entitled action, hereby certify that on October 29, 2007, I caused to be served a copy of the:COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS and SUMMONS IN A CIVIL ACTION

by Personal delivery to:

1  Ms. Mary Wiggins
   Server Process Clerk
2  U.S. Department of Justice
3  Office of the U.S. Attorney
   101 West Broadway, Suite 1500
4  San Diego, CA 92101

5  by certified mail, postage pre-paid to:

6
   Mr. Peter D. Keisler
7  Acting Attorney General
   Washington, D.C. 20530
8

9  Mr. Michael Chertoff
   Secretary of Homeland Security
10 U.S. Department of Homeland Security
   Washington, D.C. 20528
11

12 Mr. Paul Novak
   Director
13 USCIS Vermont Service Center
   75 Lower Welden St.
14 Saint Albans, VT 05479

15
   Mr. Emilio T. Gonzalez
16 Director, USCIS
   20 Massachusetts Avenue, NW
17 Washington, D.C. 20529

18
   Ms. Condoleezza Rice
19 Secretary of State
   U.S. Department of State
20 2201 C Street NW
   Washington, DC 20520
21

22 Dated: November 16, 2007

23                                          s/Robert G. Nadalin
                                            Attorney for Plaintiff
24                                          E-mail: robert@montagnadalin.com

25

26

27

28

- 2 -