

**Receipt 1 (7005 1820 0002 5909 5786):**
Postage $0.58; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total Postage & Fees $5.38. Postmark: OCT 29 2007, Horton Plaza Postal Store 92101.
Sent To: Mr. Emilio T. Gonzalez, Director USCIS
20 Massachusetts Ave., NW
Washington DC 20529

**Receipt 2 (7005 1820 0002 5909 5755):**
Postage $0.58; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total Postage & Fees $5.38. Postmark: OCT 29 2007.
Sent To: Mr. Peter D. Keisler
Acting Attorney General
Washington, D.C. 20530

**Receipt 3 (7005 1820 0002 5909 5779):**
Postage $0.58; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total Postage & Fees $5.38. Postmark: OCT 29 2007.
Sent To: Mr. Paul Novak, Director VSC
75 Lower Welden St.
St. Albans, VT 05479

**Receipt 4 (7005 1820 0002 5909 5743):**
Postage $0.58; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total Postage & Fees $5.38. Postmark: 10/29/2007.
Sent To: Ms. Condoleeza Rice, Sec. of State
2201 C St. NW
Washington, D.C. 20520

**Receipt 5 (7005 1820 0002 5909 5762):**
Postage $0.58; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total Postage & Fees $5.38. Postmark: 10/29/2007.
Sent To: Mr. Michael Chertoff, Sec. of DHS
U.S. Dept of Homeland Security
Washington, D.C. 20528

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mr. Paul Novak, Director
USCIS Vermont Service Center
75 Lower Welden St.
St. Albans, VT 05479

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7005 1820 0002 5909 5779

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SAN DIEGO CA 921

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
11-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mr. Peter D. Keisler
Acting Attorney General
Washington, D.C. 20530

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7005 1820 0002 5909 5755

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. Ray    ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED at:

1. Article Addressed to:

Ms. Condoleezza Rice
Secretary of State
U.S. Dept. of State
2201 C Street NW
Washington, DC 20520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7005 1820 0002 5909 5793

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540