**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.38 |

Postmark: OCT 29 2007, HORTON PLAZA POSTAL STORE 92101

Sent To: Mr. Emilio T. Gonzalez, Director USCIS
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave., NW
City, State, ZIP+4: Washington, DC 20529

PS Form 3800, June 2002

7005 1820 0002 5909 5786

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.38 |

Postmark: OCT 29 2007

Sent To: Mr. Peter D. Keisler
Street, Apt. No.; or PO Box No.: Acting Attorney General
City, State, ZIP+4: Washington, D.C. 20530

7005 1820 0002 5909 5755

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.38 |

Sent To: Mr. Paul Novak, Director VSC
Street, Apt. No.; or PO Box No.: 75 Lower Welden St.
City, State, ZIP+4: St. Albans, VT 05479

7005 1820 0002 5909 5779

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.38 |

Sent To: Ms. Condoleezza Rice, Sec. of State
Street, Apt. No.; or PO Box No.: 2201 C St. NW
City, State, ZIP+4: Washington, D.C. 20520

7005 1820 0002 5909 5743

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.38 |

Sent To: Mr. Michael Chertoff, Sec. of DHS
Street, Apt. No.; or PO Box No.: U.S. Dept. of Homeland Security
City, State, ZIP+4: Washington, D.C. 20528

7005 1820 0002 5909 5762

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Paul Novak, Director
USCIS Vermont Service Center
75 Lower Welden St.
St. Albans, VT 05479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 5909 5779

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Peter D. Keisler
Acting Attorney General
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 11-6-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 5909 5755

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Condoleezza Rice
Secretary of State
U.S. Dept. of State
2201 C Street NW
Washington, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. Ray                          ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

RECEIVED at:

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 5909 5793

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540