Montag & Nadalin LLP
P.O. Box 124801
San Diego, CA 92112
(619) 234-8875

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Nostika, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSTIKA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary,) <br> Department of Homeland Security; EMILIO) <br> T. GONZALEZ, Director, Citizenship and) <br> Immigration Service; PAUL NOVAK,) <br> Director Vermont Service Center,) <br> Citizenship and Immigration Services;) <br> MICHAEL MUKASEY, Attorney General;) <br> and CONDOLEEZZA RICE, Secretary,) <br> Department of State, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 07cv2043 IEG (AJB) <br><br><br> VOLUNTARY DISMISSAL OF ACTION |

WHEREAS, the Defendants in this action have issued a Notice of Intent to Revoke Petition, and

WHEREAS, the case is now moot, and

WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this action.

THEREFORE, Plaintiff dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

DATED: December 21, 2007          s/Robert G. Nadalin
                                  Attorney for Plaintiff
                                  E-mail: robert@montagnadalin.com