1  Montag & Nadalin LLP
2  P.O. Box 124801
   San Diego, CA 92112
3  (619) 234-8875

4  Robert G. Nadalin, Esq.
   Cal. State Bar No. 222489
5  Attorney for Nostika, Inc.

6
                UNITED STATES DISTRICT COURT
7                SOUTHERN DISTRICT OF CALIFORNIA

8  Nostika, Inc.,                        | Civil No.07CV2043
                                         |
9               Plaintiff,                | CERTIFICATE OF SERVICE
10                                       |
          v.                             |
11                                       |
   Michael Chertoff, Secretary,          |
12  Department of Homeland Security,     |
13                                       |
   Emilio T. Gonzalez, Director,         |
14  Citizenship and Immigration Services,|
15                                       |
   Paul Novak, Director                  |
16  Vermont Service Center,              |
    Citizenship and Immigration Services,|
17                                       |
   Michael Mukasey,                      |
18  Attorney General                     |
19  of the United States,                |
                                         |
20 Condoleezza Rice, Secretary,          |
    Department of State,                 |
21                                       |
                                         |
22              Defendants.              |
   _____ |
23

24 I, Robert G. Nadalin, attorney for Nostika, Inc., Plaintiff in this action, a citizen of the
   United States over the age of eighteen years and a resident of San Diego County,
25 California with business street address being 110 West C St., Suite 1809, San Diego,
   California 92101, and postal address as noted above, and not a party to the above-entitled
26 action, hereby certify that on December 21, 2007, I caused to be served a copy of the:
   VOLUNTARY DISMISSAL OF ACTION
27

28 on the following parties on December 21, 2007 by electronic filing the foregoing with the
   Clerk of the District Court using its ECF System, which electronically notifies them.

Caroline Clark, Esq.
Counsel for Defendants
Caroline.Clark@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2007

<u>s/Robert G. Nadalin</u>
Attorney for Plaintiff
E-mail: robert@montagnadalin.com
