# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSTIKA, Inc, | Civil No. 07 CV 2043 IEG (AJB) |
| Plaintiff, | ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

On December 21, 2007, Plaintiff Nostika, Inc. filed a motion of Voluntary Dismissal of Action. Defendants do not oppose. The Court hereby finds good cause and GRANTS Plaintiff's motion to dismiss this matter without prejudice.

**IT IS SO ORDERED.**

**DATED: December 26, 2007**

*Irma E. Gonzalez*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**